**Order entered October 24, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01670-CR
No. 05-12-01672-CR
No. 05-13-00101-CR

**QUIDALE D. DICKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-59093-L, F11-59094-L, F10-61899-L**

## ORDER

The Court **REINSTATES** the appeals.

On August 21, 2013, we ordered the trial court to conduct to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel J. Daniel Oliphant; (3) Mr. Oliphant's explanation for the delay in filing appellant's brief is his workload; and (4) Mr. Oliphant requested forty-five days from the September 20, 2013 hearing to file appellant's brief.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order. Because appellant has already been granted one thirty-day extension of time to file his brief and

the brief is now four months overdue, no further extensions will be granted. If appellant's brief is not filed within the time specified, we will order J. Daniel Oliphant removed as appellant's attorney and will order the trial court to appoint new counsel to represent appellant in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7, and to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE